No. 428. W. R. FELKER ET AL., ETC. *v.* SOUTHERN TRUST COMPANY, AS TRUSTEE, ETC., ET AL. October 11,

1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Dick Rice* for petitioners. *Mr. G. B. Rose, Mr. W. E. Hemingway, Mr. D. H. Cantrell* and *Mr. J. F. Loughborough* for respondents.